**FIRST DIVISION**
**ELLINGTON, C. J.,**
**DOYLE, P. J., and ANDREWS, J.**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**(Court of Appeals Rule 4 (b) and Rule 37 (b), February 21, 2008)**
**http://www.gaappeals.us/rules/**

**August 16, 2012**

# In the Court of Appeals of Georgia

A10A1452. KESTERSON et al. v. JARRETT et al.

ELLINGTON, Chief Judge.

The Supreme Court of Georgia reversed our decision in Division 1 of our opinion in this case, holding that Kyla Kesterson was improperly excluded from the courtroom during almost all of her trial, and that such constituted reversible error demanding a new trial. *Kesterson v. Jarrett*, ___ Ga. ___ (___ SE2d ___), 2012 Ga. LEXIS 567, (Case No. S11G0590, decided June 18, 2012). Accordingly, our ruling as to that Division is vacated and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed and remanded. Doyle, P. J., and Andrews, J., concur.*